THE JUDICAL FEDERAL COURT FOR ST. LOUIS MISSOURI

RECEIVED

Angela Nails,
    Plaintiff,
Vs.
AAA Auto Insurance,
    Defendant,

SEP 23 2020

BY MAIL

Case Number

## NEGLIGENCE

Federal Civil Laws of a Federal Tort Act Negligence Kansas Code of Civil Procedure 60-454 and McCormick 168; Cannot., 4A.L.R. 2d 761 which includes contributory negligence or fault of the Defendant. The claim against the Progressive Insurance Company for not providing a payment to Angela Nails as it is the responsibility of the Progressive Insurance Company to provide payment to the parties after finding out that there was a mistake made not to provide payment or allow a party to submit a claim for payment because of the Progressive Insurance Company did not receive a statement. By not having a statement provided by the Plaintiff Angela Nails does not give the Progressive Insurance Company permission to hold back a settlement payment. Because the Statement received as witness statement from another party or another provider is the responsibility of the Defendant Progressive Insurance. For this reason, the Plaintiff Angela Nails is filling the Negligence Claim because the Defendant Progressive Insurance Company fail to follow the stated Civil Law of a Federal Tort for Negligence. The Plaintiff Angela Nails found out June 2020 that the Defendant Progressive Insurance never recover documents from the parties a part of the Plaintiff Negligence Claim.

## DAMAGES

The Plaintiff Angela Nails is allowed to file a claim for damages and was not by the Defendant Progressive Insurance Company and therefore the Plaintiff Angela Nails claim for damage using the Federal Court Rule 411 Liability insurance meaning Plaintiff Angela Nails knows of no other law that would protect the Plaintiff Angela Nail claim other than this Rule 411 Liability Insurance rule by the Defendant Progressive Insurance admission not to investigate properly to failing to issue any payments or a payment to the Plaintiff Angela Nails are from the complaint and duties of the Defendant Progressive Insurance duty to investigate and follow the legal remedies of payment to the Plaintiff Angela Nails. The Defendant Progressive Insurance did not engage in payment with their accounting office to send out payment to the Plaintiff Angela Nails base on consideration of not using another parties recorded or hand written statement of required laws of the roadway a driver must always keep their focus on the roadway they are driving by keeping the focus on traffic that is in front of the driver. If the Progressive Insurance would have investigated properly they would have known that there were documents of a party of the claim making a statement they were not watching the traffic or watching the roadway in front of them. Therefore, the Plaintiff Angela Nails ask for damages in the amount of $1,000.000.00 and the max of the insurance policy face value amount of the insurance company driver policy a claim for damages were claimed to be paid out to the Plaintiff Angela Nails.

## DEFENDANT ADDRESS

Kansas City Missouri Progressive Insurance address Post Office Box

66502 St. Louis, Mo 63166.

_____
ANGELA NAILS
nailsangela90@yahoo.com

## SERVICE METHOD

The complaint was sent by United States mail 9/ 30/2020 to the 111 ~~3. 300 D St~~. South 10st 3rd floor Louis, Mo 63102.

*Angela Nails*
ANGELA NAILS
nailsangela90@yahoo.com